UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| VS. | ) | MJ No. 24-0066-PAS |
| | ) | |
| **KEVIN COLANTONIO** | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Now comes the undersigned, Rebecca L. Aitchison, Assistant Federal Public Defender, and hereby moves to withdraw her appearance on behalf of the defendant, Kevin Colantonio. In support of this motion, counsel states that a conflict has arisen between Mr. Colantonio and another individual presently represented by the Federal Defender Office. The conflict compels counsel to withdraw this matter and counsel requests that Mr. Colantonio be appointed new counsel as soon as possible. If the Court requires additional details regarding this issue, counsel asks that she be permitted to provide them ex-parte.

Respectfully submitted
Kevin Colantonio
By his attorney,

/s/ Rebecca L. Aitchison, #8610
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 867-2814
rebecca_aitchison@fd.org

## CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Peter Roklan, Assistant United States Attorney on September 4, 2024.

/s/ Rebecca L. Aitchison